JOSH COLE AICKLEN
Nevada Bar No. 007254
josh.aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
stephen.titzer@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL.: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
AVIS RENT A CAR SYSTEMS, LLC and
PV HOLDING CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA LEMPERLE, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>VINCENT TJOTA, individually; AVIS RENT A CAR SYSTEMS, LLC, a foreign limited liability company; PV HOLDING CORP., a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | CASE NO.: |

### NOTICE OF REMOVAL OF ACTION (DIVERSITY)

COME NOW, Defendants, AVIS RENT A CAR SYSTEMS, LLC and PV HOLDING CORPORATION ("Defendants"), by and through their counsel of record, Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby remove the State Court action described below to Federal Court and in support state as follows:

1. On October 20, 2017, an action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada, entitled <u>Rebecca Lemperle v. Vincent</u>

1. Tjota, et al., Case No. A-17-763465-C ("State Court Action"). A copy of the Complaint, Summons, Notices of Service of Process, and Affidavit of Service ("State Court Complaint") are attached hereto and marked as **Exhibit A, B, C, D, E** and **F**, constituting all of the papers and pleadings served on Defendants.

2. On January 17, 2018 and January 19, 2018, respectively, the Summons and Complaint were served on two of the Defendants, Defendant AVIS RENT A CAR SYSTEMS, LLC and Defendant PV HOLDINGS CORP.

3. This notice is filed timely pursuant to 28 U.S.C. §1446(b). Thirty days have not elapsed since the case became removable.

4. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, as there is complete diversity between the parties and I am informed and believe that more than $75,000.00 is in controversy, exclusive of interest and costs. Plaintiff alleges that as a result of the subject accident, she has in excess of $256,000.00 in claimed medical specials, not including her claims for pain and suffering, lost wages and loss of future earning capacity. Accordingly, pursuant to 28 U.S.C. §1441, Defendants are entitled to remove this action to this court.

5. This case arises out of a negligence claim, and I am informed and believe that Plaintiff seeks to recover in excess of $75,000.00, exclusive of interest and costs based on a demand made by Plaintiff well in excess of $75,000.00.

6. Plaintiff REBECCA LEMPERLE is a citizen of Nevada.

7. Defendant AVIS RENT A CAR SYSTEMS, LLC is and was at the time this action commenced a Delaware corporation, with its principal place of business in New Jersey.

8. Defendant PV HOLDINGS CORP. is and was at the time this action commenced a Delaware corporation, with its principal place of business in New Jersey.

9. Defendant VINCENT TJOTA is a resident of Singapore.

///

///

10. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441 (b).

11. The action in the state court was not commenced more than one year before the date of this removal.

12. A true and correct copy of this Notice of Removal will be filed with the Clerk for the Eighth Judicial District Court, Clark County, Nevada.

13. There are no other known and served Defendants who did not join in the removal of this action.

Based on the foregoing, Defendants remove this action, which is currently pending in the Eighth Judicial District Court, Clark County, Nevada as Case No. A-17-763465-C, to Federal Court.

DATED this 5th day of February, 2018.

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
AVIS RENT A CAR SYSTEMS, LLC and
PV HOLDING CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2018, a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION (DIVERSITY)** was served via electronic service by the U.S. District Court CM/ECF system to the parties with an email-address on record, as follows:

Paul D. Powell, Esq.
Michael A. Kristof, Esq.
THE POWELL LAW FIRM
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118
Telephone:  702-728-5500
Fax:  702-728-5501
paul@tplf.com
Attorneys for Plaintiff
REBECCA LEMPERLE

By _____*Vicki Type*_____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP