# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

REBECCA LEMPERLE,

    Plaintiff,

v.

AVIS RENT-A-CAR SYSTEMS, LLC, et al.,

    Defendants.

Case No. 2:18-cv-00202-JCM-CWH

**ORDER**

This matter is before the court on the attached document titled "Request for International Judicial Assistance" that was delivered to the undersigned's mail box in the clerk of court's office on March 5, 2018. The document was prepared by plaintiff Rebeccca Lemperle's attorney. The document was not filed in CM/ECF, the court's electronic filing system. *See* LR IA 7-1(b) (stating that "[a]ll communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties"); *see also* LR IC 2-1 et seq. (setting forth the court's electronic filing requirements). Nor does the document contain a memorandum of points and authorities. *See* LR 7-2 (requiring motions to be supported by a memorandum of points and authorities). Given these deficiencies, the court will not take further action with respect to this document. To the extent the document is a motion, it is denied without prejudice.

    IT IS SO ORDERED.

    DATED: March 7, 2018

                                                  _____
                                                  **C.W. Hoffman, Jr.**
                                                  **United States Magistrate Judge**

Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
The Powell Law Firm
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA LEMPERLE, individually, | ) |
| | ) CASE NO. 2:18-cv-00202-JCM-CWH |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| VINCENT TJOTA, individually; AVIS RENT A CAR SYSTEMS, LLC, a foreign limited liability company; PV HOLDING CORP., a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | ) |
| | ) |
| Defendants. | ) |

- 1 -

|   | UNITED STATES DISTRICT COURT |   |
|---|---|---|
| 1 | DISTRICT OF NEVADA |   |
| 2 |   |   |
| 3 | REBECCA LEMPERLE, individually, |   |
| 4 | Plaintiff, | Case No.: 2:18-cv-00202-JCM-CWH |
| 5 |   |   |
| 6 | vs. |   |
| 7 | VINCENT TJOTA, individually; | **REQUEST FOR INTERNATIONAL** |
|   | AVIS RENT A CAR SYSTEMS, LLC, a | **JUDICIAL ASSISTANCE** |
| 8 | foreign limited liability company; |   |
|   | PV HOLDING CORP., a foreign corporation; |   |
| 9 | DOES I-X, and ROE CORPORATIONS I-X, |   |
|   | inclusive, |   |
| 10 |   |   |
| 11 | Defendants. |   |

The United States District Court, District of Nevada, presents its compliments to the appropriate Judicial Authority in Singapore and requests international judicial assistance to effect Service of Process upon a named Defendant in the above captioned civil proceeding currently pending before this Court.

Plaintiff has filed a claim in the above captioned matter including, but not limited to, allegations that the Defendants' negligence in operating the motor vehicle caused Plaintiff to suffer damages. Plaintiff seeks judgment including, but not limited to, all damages as allowed by law.

This Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that Defendant, **Vincent Tjota,** can presently be served at the following address:

**1005 Lower Delta # 21-04**
**Singapore 099309**

This Court respectfully requests that you cause one copy of the attached Summons and Complaint, with Chinese translations thereof, to be served upon **Vincent Tjota**, at the above address by leaving with **Vincent Tjota** or another individual authorized to accept the service of civil process on

---

Request for International Judicial Assistance (Vincent Tjota- Singapore)　　　　　　　　Page 1 of 2

behalf of **Vincent Tjota** in the manner prescribed for service of similar documents under the laws of Singapore.

This Court further requests that, after service has been made, you cause the person who serves the documents upon **Vincent Tjota** to execute a formal Certificate of Service, as required by Singapore law for service in its courts, and return it together with a copy of the documents served to this Court at the address below.

Plaintiff's counsel, The Powell Law Firm, 6785 West Russell Road, Suite 210, Las Vegas, Nevada 89118, USA, stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance.

This Court also assures your authority that it will reciprocate with similar assistance in like cases and extends to the Judicial Authorities in Singapore the assurance of its highest consideration.

DATE

Honorable James C. Mahan
United States District Court
333 S. Las Vegas Boulevard
Las Vegas, NV 89101

[seal]