# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

REBECCA LEMPERLE,

    Plaintiff,

v.

AVIS RENT-A-CAR SYSTEMS, LLC, et al.,

    Defendants.

Case No. 2:18-cv-00202-JCM-CWH

**ORDER**

This matter is before the court on plaintiff Rebecca Lemerle's Motion to Expand Time for Service on Defendant Vincent Tjota (ECF No. 24), filed on April 2, 2018. Defendants did not file a response.[1]

Plaintiff requests a 120-day extension of time to serve Mr. Tjota. Plaintiff represents that Mr. Tjota resides in Singapore.

Rule 4(m) establishes the time for service on domestic defendants:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Rule 4(m) states that it does not apply to service in a foreign country. *Id.* Rather, Rule 4(f) governs service on an individual in a foreign country, and it does not include a specific time limit for effectuating service. Given plaintiff's representation that Mr. Tjota resides in Singapore and that the 90-day service rule does not apply to service within a foreign country, the court will grant

---

[1] Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to granting of the motion."

plaintiff's motion. Plaintiff has an additional 120 days from the date of this order to serve Mr. Tjota.

IT IS THEREFORE ORDERED that plaintiff Rebecca Lemerle's Motion to Expand Time for Service on Defendant Vincent Tjota (ECF No. 24) is GRANTED.

DATED: April 25, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**