JOSH COLE AICKLEN
Nevada Bar No. 007254
josh.aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
stephen.titzer@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL.: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
BUDGET RENT A CAR SYSTEM, INC.,
Erroneously sued as AVIS RENT A CAR
SYSTEMS, LLC and PV HOLDING
CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA LEMPERLE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT TJOTA, individually; AVIS RENT A CAR SYSTEMS, LLC, a foreign limited liability company; PV HOLDING CORP., a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00202-JCM-CWH<br><br>**[PROPOSED ] STIPULATION TO ENLARGE DISCOVERY PLAN AND SCHEDULING ORDER**<br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case over ninety (90) days, including Monday, March 14, 2019, to complete a FRCP medical exam. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended as outlined herein. In support of this Stipulation and Request, the parties state as follows:

### STATEMENT SPECIFYING DISCOVERY COMPLETED

Plaintiff served her initial disclosures.

Defendants served their initial disclosures.

4824-7570-4432.1

Plaintiff served written discovery.

Defendants served written discovery.

Defendants requested a Rule 35 medical exam.

### DISCOVERY REMAINING

1. The parties will complete all written discovery.

2. The Plaintiff will take the deposition of the Defendants.

3. The Defendants will retain a medical expert to conduct a FRCP Rule 35 medical examination for any part in controversy.

3. The Defendants will take the deposition of the Plaintiff to coincide with her FRCP Rule 35 medical examination.

3. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Recently counsel have met and conferred regarding the Defendants' request for an extension of time to complete the FRCP 35 medical exam of Plaintiff, who currently resides out of the country. Defense counsel cannot schedule and complete the exam until after the current deadline to disclose initial experts (October 3, 2018), as the doctor's office needs more dates and times to conduct the exam, and complete the report sometime after November, 2018. Mike Kristof, Esq., Plaintiff's counsel, has agreed to extend the deadlines to complete the exam due to the doctor's limited availability, and then complete the Plaintiff's deposition to coincide with the exam. This will save time, costs and judicial resources, and allow Plaintiff to travel a great distance.

The parties have been compiling documents and investigating the instant action. The parties are actively engaged in written discovery and will proceed with any remaining

case depositions. The parties jointly request the Court to approve the foregoing First Extension to the Stipulated Discovery Plan and Scheduling Order as follows:

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.

LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

### PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | December 3, 2018 | March 14, 2019 |
| Amendment to Pleadings | September 5, 2018 | December 14, 2018 |
| Interim Status Report | September 5, 2018 | December 14, 2018 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | October 3, 2018 | January 14, 2019 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | November 2, 2018 | February 14, 2019 |
| Dispositive Motions | January 4, 2019 | April 15, 2019 |
| Joint Pretrial Order | February 4, 2019 | May 14, 2019 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this multi-party case and adequately prepare their respective cases for trial.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.



WHEREFORE, the parties respectfully request that this Court extend the discovery period from the current deadline up to and including March 14, 2019 and the other discovery dates as outlined above, as the Rule 35 medical exam, expert report and depositions cannot be completed within the current discovery deadlines.

Respectfully Submitted,

DATED: August 17, 2018.

THE POWELL LAW FIRM

By  /s/ Paul D. Powell
    PAUL D. POWELL
    Nevada Bar No. 007488
    MICHAEL A. KRISTOF
    Nevada Bar No. 007780
    6785 W. Russell Road, Suite 210
    Las Vegas, NV 89118
    Attorneys for Plaintiff
    REBECCA LEMPERLE

DATED: August 17, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Josh Aicklen
    JOSH COLE AICKLEN
    Nevada Bar No. 007254
    STEPHEN L. TITZER
    Nevada Bar No. 008289
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    Attorneys for Defendants
    BUDGET RENT A CAR SYSTEM, INC.,
    Erroneously sued as AVIS RENT A CAR SYSTEMS, LLC
    and PV HOLDING CORPORATION

## ORDER

"IT IS SO ORDERED.

DATED: August 17, 2018 "

_____
UNITED STATES MAGISTRATE JUDGE

4824-7570-4432.1                    4