# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REBECCA LEMPERLE, | Case No. 2:18-cv-00202-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| VINCENT TJOTA, et al., | |
| Defendants. | |

Presently before the court is plaintiff Rebecca Lemperle's second motion to extend time to serve defendant Vincent Tjota (ECF No. 37), filed on August 15, 2018. Defendants Avis Rent-A-Car Systems, LLC, PV Holding Corp., and GEICO Casualty Company did not file a response.

Lemperle requests a ten-month extension of time to serve Tjota given administrative delays in service occasioned by the fact Tjota is a resident of Singapore. Given that the other defendants do not oppose the motion, that Lemperle has made good-faith attempts to move forward with service, and that the time limit for service under Rule 4(m) of the Federal Rules of Civil Procedure does not apply to service in a foreign country, the court grants the motion.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that plaintiff Rebecca Lemperle's deadline to serve defendant Vincent Tjota is June 23, 2019.

DATED: August 30, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE