# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REBECCA LEMPERLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VINCENT TJOTA, et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00202-JCM-CWH<br><br>**ORDER** |

The court received the attached documents pertaining to service of process on defendant Vincent Tjota from the United States Department of State on November 5, 2018. The clerk of court must file these documents in the court's electronic docket.

IT IS SO ORDERED.

DATED: November 5, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　C.W. HOFFMAN, JR.
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE