1  SAO
   ERIC A. DALY, ESQ.
2  Nevada Bar No.: 5274
3  LAW OFFICE OF KUMEN L. TAYLOR
   8345 West Sunset Road, Suite 250
4  Las Vegas, NV 89113
   Telephone:  702-233-9303
5  Facsimile:  702-780-8119
6  Attorney for GEICO

7

8

9               UNITED STATES DISTRICT COURT

10                    DISTRICT OF NEVADA

11
   REBECCA LEMPERLE, individually,        Case No.:  2:18-cv-00202-JCM-CWH
12
                 Plaintiff,
13
   vs.
14
   VINCENT TJOTA, individually; AVIS RENT
15 A CAR SYSTEMS, LLC,  a foreign limited
   liability company; PV HOLDING CORP., a
16 foreign corporation; DOES I-X, and ROE
   CORPORATIONS I-X, inclusive,
17
                 Defendants.
18

19

20

21        **STIPULATION AND ORDER TO WITHDRAW MOTION TO INTERVENE**
22

23        IT IS HEREBY STIPULATED by and between parties, by and through their

24 counsel, that GEICO'S MOTION TO INTERVENE AS OF RIGHT filed March 16, 2018

25 / / /

26 / / /

27 / / /

28 / / /

be and hereby is withdrawn.

   Dated this 8th day of January, 2019.

THE POWELL LAW FIRM                    LEWIS BRISBOIS BISGAARD & SMITH

_____              /s/ Stephen L. Titzer for
Jonathon Roberts, Esq.                 Josh Cole Aicklen, Esq.
Nevada Bar No. _____                   Nevada Bar No. 8289
6785 W. Russell Road, Suite 210        6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118                    Las Vegas, NV 89118
Attorney for Plaintiff,                Attorney for Defendant,
Rebecca Lemperle                       Avis Rent A Car Systems, LLC
                                       PV Holding Corp.


LAW OFFICE OF KUMEN L. TAYLOR

/s/ Eric A. Daly
Eric A. Daly
Nevada Bar No. 5274
8345 West Sunset Road, Suite 250
Las Vegas, NV 89113
Telephone:  702-233-9303
Facsimile:   702-780-8119
Attorney for GEICO

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

                                                              / / /

be and hereby is withdrawn.

Dated this 4ᵗʰday of January, 2019.

THE POWELL LAW FIRM

Jonathon Roberts, Esq.
Nevada Bar No. 13573
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118
Attorney for Plaintiff,
Rebecca Lemperle

LEWIS BRISBOIS BISGAARD & SMITH

Josh Cole Aicklen, Esq.
Nevada Bar No. 7254
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
Attorney for Defendant,
Avis Rent A Car Systems, LLC
PV Holding Corp.

LAW OFFICE OF KUMEN L. TAYLOR

Eric A. Daly
Nevada Bar No. 5274
8345 West Sunset Road, Suite 250
Las Vegas, NV 89113
Telephone:  702-233-9303
Facsimile:   702-780-8119
Attorney for GEICO

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

/ / /

## ORDER

Upon stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that GEICO'S MOTION TO INTERVENE AS OF RIGHT be and hereby is withdrawn.

DATED January 10, 2019.

Honorable James C. Mahan,
UNITED STATES DISTRICT JUDGE

Submitted by:

LAW OFFICE OF KUMEN L. TAYLOR

/s/ Eric A. Daly
Eric A. Daly
Nevada Bar No.: 5274
8345 West Sunset Road, Suite 250
Las Vegas, NV 89113
Telephone: 702-233-9303
Facsimile: 702-780-8119
Attorney for GEICO