JOSH COLE AICKLEN
Nevada Bar No. 007254
josh.aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
stephen.titzer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL.: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
VINCENT TJOTA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA LEMPERLE, individually, | CASE NO.: 2:18-cv-00202-JCM-DJA |
| Plaintiff, | |
| vs. | |
| VINCENT TJOTA, individually; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

## DEFENDANT'S MOTION TO CONTINUE TRIAL

COMES NOW, Defendant VINCENT TJOTA ("Defendant"), by and through his counsel, Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and moves this Court for a continuance of the trial date pursuant to Local Court Rule 45-2.

/ / /

/ / /

/ / /

1   This Motion is based upon the following Memorandum of Points and Authorities,

2   the attached exhibits, the affidavit of counsel attached hereto, the papers and pleadings

3   on file herein and any oral argument entertained at the time of hearing, if any.

4       DATED this ___ day of January, 2020.

5                                   Respectfully Submitted,

6                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8

                                    By    _____/s/ Josh Cole Aicklen_____
9                                        JOSH COLE AICKLEN
                                         Nevada Bar No. 007254
10                                       STEPHEN L. TITZER
                                         Nevada Bar No. 008289
11                                       6385 S. Rainbow Boulevard, Suite 600
                                         Las Vegas, Nevada 89118
12                                       Attorneys for Defendant
                                         VINCENT TJOTA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-7266-7312.1                              2

1 | **AFFIDAVIT OF STEPHEN L. TITZER, ESQ., IN SUPPORT OF DEFENDANT'S**
**MOTION TO CONTINUE TRIAL**

2

3 | STATE OF NEVADA )
) ss.
4 | COUNTY OF CLARK )

5 | STEPHEN L. TITZER, being first duly sworn, deposes and says:

6 | 1. I am a Partner at LEWIS BRISBOIS BISGAARD & SMITH LLP, and am duly

7 | licensed to practice law in the State of Nevada.

8 | 2. I am competent to testify to the matters set forth in this Affidavit, and will do

9 | so if called upon.

10 | 3. I am an attorney representing Defendant VINCENT TJOTA in the subject

11 | lawsuit currently pending in the United States District Court of Nevada, Case No. 2:18-cv-

12 | 00202-JCM-DJA.

13 | 4. On January 15, 2020, I contacted Mike Kristoff, Esq. attorney for Plaintiff,

14 | and informed him that the Defendant Vincent Tjota lives in Singapore and cannot attend

15 | the present trial date. I requested that Plaintiff's counsel stipulate to continue the trial to

16 | December 2020. Plaintiff's counsel did not respond, thus necessitating the instant

17 | Motion.

18 | 5. This Motion is not filed for any improper purpose or to cause undue delay.

19 | 6. Attached hereto as **Exhibit A** is a true and correct copy of ECF No. 77,

20 | Order Granting Joint Pretrial Order.

21 | 7. Attached hereto as **Exhibit B** is a true and correct copy of a Letter from

22 | Vincent Tjota to Defense Counsel Requesting a Continuance, dated January 8, 2020.

23 | FURTHER YOUR AFFIANT SAYETH NAUGHT.

24 | _____
Stephen L. Titzer, Esq.

25 | SWORN AND SUBSCRIBED to before

26 | me this 17 day of January, 2020.

27 | _____
Notary Public in and for said

28 | County and State

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MELISSA Y. LATRELL
Appt. No. 06-107608-1
My Appt. Expires July 6, 2020

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4813-7266-7312.1

3

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

I.

<u>FACTUAL BACKGROUND</u>

On Saturday, April 30, 2016, Defendant Vincent Tjota was visiting Las Vegas, Nevada and driving a Budget rental vehicle with Janice Siau, his fiancée, as a passenger. They live in Singapore.   Vincent Tjota was driving a white 2016 Ford Mustang GT westbound on Bridger Avenue in Las Vegas, Nevada, while stopped at the intersection of Maryland Parkway.   Plaintiff Rebecca Lemperle was driving a red 2015 Kia RIO LX vehicle southbound on Maryland.   After stopping and looking both ways, Vincent Tjota proceeded to drive through the intersection, which was clear.   At that time, Plaintiff drove through the intersection and struck Tjota's Mustang as she was likely speeding through the intersection.   Plaintiff lived in Sweden.

Mr. Tjota disputes liability.   Mr. Tjota stopped at the intersection and looked both ways before proceeding through the intersection.   Mr. Tjota did not see the Plaintiff's car and did not have enough time to react to avoid the impact.   Plaintiff struck the rear panel of Defendant's Mustang.   Mr. Tjota disclosed the photographs from the scene of the accident that showed the damage to the right rear panel of his Mustang.

Presently, trial for this matter is scheduled to occur on June 15, 2020.  <u>See</u>, ECF No. 77, attached hereto as **Exhibit A**.   Recently, on January 8, 2020, Defense counsel received a letter from Mr. Tjota who expressed a desire for trial to be pushed back until December 2020 so he could be physically present at the time of trial.   <u>See</u>, Correspondence from Vincent Tjota, attached hereto as **Exhibit B**.   Mr. Tjota lives in Singapore and he will need to take off at least two weeks of work so he can travel to the United States and attend the trial.   <u>Id</u>.   Therefore, Defendant respectfully requests that this Court grant the Motion and continue trial until December 2020.

/ / /

/ / /

/ / /

II.

## LEGAL ARGUMENT

A.  Motions to Continue Standard and Argument

Pursuant to this Court's local rules,

LCR 45-2  Continuance of Trial Date - Speedy Trial Act

> A request to continue a trial date, whether by motion or stipulation, will not be considered unless it sets forth in detail the reasons a continuance is necessary and the relevant statutory citations for excludable periods of delay, if any, under the Speedy Trial Act, 18 U.S.C. § 3161(h). The request must be accompanied by a proposed order that contained factual findings and relevant statutory citations, if any.

See, LCR 45-2.

District courts have the inherent power to control their respective dockets. See, Oliva v. Sullivan, 958 F.2d 272, 273 (9th Cir. 1992); Hamilton Copper & Steel Corp. v. Primary Steel, Inc., 898 F.2d 1428, 1429 (9th Cir. 1990).

The importance of physical presence at trial cannot be overlooked.  The Federal Rule of Civil Procedure 43(a) provides in part:

Rule 43. Taking Testimony

> (a) In Open Court.  At trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or others adopted by the Supreme Court provide otherwise. For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location.

See, FRCP 43(a).

The Notes of Advisory Committee on Rules also provided the following with respect to live testimony:

> Contemporaneous transmission of testimony from a different location is permitted only on showing good cause in compelling circumstances. The importance of presenting live testimony in court cannot be forgotten. The very ceremony of trial and the presence of the factfinder may exert a powerful

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1
2

<u>force for truthtelling. The opportunity to judge the demeanor of a witness face-to-face is accorded great value in our tradition.</u> Transmission cannot be justified merely by showing that it is inconvenient for the witness to attend the trial.

3

4

<u>See</u>, NOTES OF ADVISORY COMMITTEE ON RULES – 1996 AMENDMENT (emphasis added).

5

As noted above, Mr. Tjota is not a United States Citizen and resides in Singapore.

6

Mr. Tjota has expressed his desire to Defense counsel to be physically present at the

7

time of trial, but unfortunately, is unable to do so until December 2020 due to work

8

restrictions and the distance he must travel to be present at trial – typically a twenty-plus

9

hour flight.  Mr. Tjota deserves his day in court as does every party to a legal proceeding.

10

Defense counsel believes that it would be manifestly unjust if Defendant is not able to be

11

present to testify in front of the finders of fact.   As such, Defense counsel finds it

12

imperative that Mr. Tjota be physically present at the time of trial and therefore

13

respectfully requests that this Court continue trial until December 2020.

III.

14

CONCLUSION

15

Defendant requests that this Court grant his Motion and continue this matter's

16

current trial date to December of 2020 so he can be physically present at trial.

17

DATED this  /  day of January, 2020.

18

Respectfully Submitted,

19

LEWIS BRISBOIS BISGAARD & SMITH LLP

20

21

22

By _____/s/ Josh Cole Aicklen_____

23

JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
VINCENT TJOTA

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-7266-7312.1

6

C

1    ORDER

2        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion

3    to Continue Trial is GRANTED pursuant to Local Rule 45-2; and;

4        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the current trial

5    date on June 15, 2020 is VACATED; and

6        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the new trial date

7    shall commence on December 14, 2020, at 9:00 a.m. on a three-week stack ·

8    Calendar Call is December 9, 2020 at 9:00 a.m.

     "IT IS SO ORDERED."

9    DATED January 24, 2020.

10

11   _____

     UNITED STATES DISTRICT JUDGE

12

13   Submitted By:

14   Dated 1/17/20.

15   LEWIS BRISBOIS BISGAARD & SMITH
     LLP

16

17   _____
     Josh Cole Aicklen, Esq.

18   Stephen L. Titzer, Esq.
     6385 S. Rainbow Boulevard, Suite 600

19   Las Vegas, NV 89118
     Attorneys for Defendant VINCENT TJOTA

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this ___17___ day of January, 2020, a true and correct copy of the foregoing **DEFENDANT'S MOTION TO CONTINUE TRIAL** was served via electronic service by the U.S. District Court CM/ECF system to the parties with an email-address on record, as follows:

Paul D. Powell, Esq.
Michael A. Kristof, Esq.
Johnathon C. Roberts, Esq.
THE POWELL LAW FIRM
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, NV 89148
Telephone:  702-728-5500
Fax:  702-728-5501
paul@tplf.com
mkristof@tplf.com
jroberts@tplf.com
Attorneys for Plaintiff
REBECCA LEMPERLE


By _____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP



Lemperle v. Tjota, Case No. 2:18-cv-00202-JCM-CWH

# EXHIBIT A

## ECF No. 77 – Joint Pretrial Order

# EXHIBIT A

<div style="line-numbers">

1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2  josh.aicklen@lewisbrisbois.com
   STEPHEN L. TITZER
3  Nevada Bar No. 008289
   stephen.titzer@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   TEL.: 702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  VINCENT TJOTA

8

9

10                   UNITED STATES DISTRICT COURT

11                        DISTRICT OF NEVADA

12  REBECCA LEMPERLE, individually,        CASE NO.: 2:18-cv-00202-JCM-DJA

13            Plaintiff,

14       vs.

15  VINCENT TJOTA, individually; DOES I-X,
    and ROE CORPORATIONS I-X, inclusive,
16
             Defendants.
17

18                      JOINT PRETRIAL ORDER

19       COMES NOW Plaintiff, REBECCA LEMPERLE ("Plaintiff"), by and through her

20  attorneys, Michael A. Kristof, Esq. of THE POWELL LAW FIRM; and Defendant

21  VINCENT TJOTA ("Defendant"), by and through his attorneys, Josh Cole Aicklen, Esq.

22  and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP; and submit

23  the Joint Pretrial Order pursuant to LR 16-3 and LR 16-4.

24       Following pretrial proceedings in this case:

25  I.    STATEMENT OF ACTION

26       A.    Nature of Action

27       This is a case arising from a motor vehicle accident involving Plaintiff REBECCA

28  LEMPERLE and Defendant VINCENT TJOTA.   The accident occurred in Las Vegas,

</div>

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 | Nevada, Clark County, on April 30, 2016.  Plaintiff alleges that Defendant caused the
2 | accident.  Defendant disputes liability and alleges Plaintiff caused the accident.

3 | **B.    Relief Sought**

4 | Plaintiff seeks general damages, past and future medical specials, pain and
5 | suffering.

6 | **C.    Identification of the Parties**

7 | This case was removed to Federal Court pursuant to 28 U.S.C. §§1441(a) and
8 | 1446 based upon diversity jurisdiction.

9 | During all relevant times, Plaintiff is a resident of Clark County, Nevada.

10 | During all relevant times, Defendant VINCENT TJOTA is a foreign resident of the
11 | Country of Singapore.

12 | Plaintiff made claims for medical special damages and pain and suffering, with the
13 | amount in controversy in excess of $75,000.00.

14 | **D.    Contentions of the Parties**

15 | **1.    Plaintiff's Contentions**

16 | Plaintiff contends that Defendant caused the accident and Plaintiff was injured.

17 | **2.    Defendant's Contentions**

18 | Defendant contends that Plaintiff caused the accident, that the Plaintiff did not
19 | sustain personal injury as a result of the subject event, that Plaintiff's injuries were pre-
20 | existing, not causally related to the subject event and that the medical billings were not
21 | reasonable and necessary.

22 | **II.    STATEMENT OF JURISDICTION**

23 | This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §
24 | 1332(A)(1), as the alleged value of the matter in controversy exceeds $75,000.00, and
25 | the suit is between citizens of different states.

26 | **III.    ADMITTED FACTS**

27 | The following facts are admitted by the parties and require no proof:

28 | 1. The subject motor vehicle accident occurred on April 30, 2016.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4844-7402-6664.1

2

2. Plaintiff filed the Complaint.

3. Defendant filed an Answer.

IV.   **UNCONTESTED FACTS**

The following facts, though not admitted, will not be contested at trial by evidence to the contrary:  None.

V.   **ISSUES OF FACT FOR TRIAL**

The following issues of fact are to be tried and determined upon trial:

1.     Whether Defendant was negligent.

2.     Whether Plaintiff was negligent.

3.     Whether the subject incident proximately caused injuries and other damages to Plaintiff.

4.     The amount of apportionment for any pre-existing condition or unrelated event and subsequent accident.

5.     The monetary value of Plaintiff's injuries and damages, if any.

VI.   **ISSUES OF LAW FOR TRIAL**

The following are issues of law are to be tried and determined upon trial:

1.     Whether Defendant breached a duty of care to Plaintiff.

2.     Whether Defendant caused the subject accident.

3.     Whether Plaintiff breached a duty of care to Defendant.

4.     Whether Plaintiff caused the subject accident and comparative fault.

2.     Whether Plaintiff met her burden of proof, production and persuasion as to alleged injuries and amount of damages, and the issue of apportionment for any pre-existing conditions or the subsequent events for Plaintiff's claims in controversy.

VII.   *EXHIBITS FOR TRIAL*

(a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

1.     Plaintiff's Complaint.

2.     Defendant's Answer.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

3

(b)    As to the following additional exhibits the parties have reached the stipulations stated:

None.

(1) Plaintiff's exhibits:

MEDICAL AND/OR BILLING RECORDS

1.    Medical records and billing from Align Med for dates of service 5/2/16 through 9/1/16;

2.    Medical records and billing from Med MRI Center for dates of service 5/19/16 through 5/26/17;

3.    Medical records and billing from Interventional Pain and Spine Institute for dates of service 6/15/16 through 8/31/17;

4.    Medical records and billing from Surgical Arts Center for dates of service 6/27/16 through 2/20/17;

5.    Medical records and billing from Anesthesiology Consultants for date of service 6/27/16;

6.    Medical records and billing from Western Regional Center for Brain and Spine Surgery for dates of service 8/4/16 through 6/6/17;

7.    Medical records and billing from Louis Mortillaro, Ph.D. for dates of service 2/16/17 through 4/12/17;

8.    Medical records and billing from Spring Valley Hospital Medical Center for dates of service 3/12/17 through 4/24/17;

9.    Billing from Shadow Emergency Physicians, PLLC for dates of service 3/14/17 through 4/24/17;

10.   Billing from Desert Radiologists for dates of service 3/14/17 through 4/22/17;



4844-7402-6664.1

11.   Medical records and billing from Centennial Hills Hospital Medical Center for dates of service 4/19/17 through 4/21/17;

12.   Medical records and billing from Monitoring Associates for date of service 4/19/17;

13.   Medical records and billing from Neuromonitoring Associates for date of service 4/19/17;

14.   Billing from Orthassist, LLC for date of service 4/19/17;

15.   Medical records and billing from American Medical Response for date of service 4/22/17;

16.   Medical records and billing from Pueblo Medical Imaging for date of service 5/11/17;

17.   Medical records and billing from Wellhealth Quality Care for date of service 4/26/17;

18.   Medical records and billing from Jackson Physical Therapy for dates of service 6/15/17 through 8/23/17;

19.   Medical records and billing from Advanced Orthopedics and Sports Medicine for dates of service 6/8/17 through 8/21/17;

20.   Billing from Select Physical Therapy for date of service 6/19/17;

21.   Medical records and billing from Southern Nevada Adult Mental Health Services for dates of service 5/11/16 through 8/8/16;

22.   Medical records and bills from Spring Valley Hospital for date of service 3/27/18;

23.   Medical records and billing from Jackson Physical Therapy for dates of service 2/8/18 through 4/6/18;

24.   Patient forms from Align;

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

25. Patient forms from Western Regional Center for Brain and Spine Surgery;

26. Patient forms from Interventional Pain & Spine Institute;

27. Medical records and billing from Interventional Pain & Spine Institute for date of service 11/29/18;

28. Medical records and billing from Nevada Health Centers for dates of service 1/30/19 and 2/1/19;

29. Medical records and billing from Southwest Medical Associates for date of service 2/19/19;

30. Medical records and billing from Premier Physical Therapy & Sports Performance for dates of service 2/11/19 through 2/27/19;

31. Medical records and billing from Pueblo Medical Imaging for date of service 3/18/19;

32. Medical records and billing from Interventional Pain & Spine Institute for dates of service 1/30/19 and 2/21/19;

33. Medical records and billing from Select Physical Therapy for date of service 6/19/17;

34. Medical billing from Shadow Emergency Physicians for dates of service 8/11/16, 3/12/17 and 3/27/18; and

35. Medical records and billing from Spring Valley Hospital for date of service 8/11/16.

<u>OTHER</u>

1. Complaint;

2. State of Nevada Traffic Accident Report;

3. Google Maps Overview of Maryland Parkway and Bridger Avenue;

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

6

4. Google Maps street view of southbound Maryland Parkway at Bridger Avenue;

5. Google Maps street view of westbound Bridger Avenue at Maryland Parkway;

6. Property damage Estimate of Record and CCC One Market Evaluation Report, from Geico Insurance;

7. Fifty-four (54) color photographs of Plaintiff's vehicle, from Geico Insurance;

8. Documents produced by Las Vegas Metropolitan Police Department responsive to Subpoena Duces Tecum;

9. 911 audio file produced by Las Vegas Metropolitan Police Department responsive to Subpoena Duces Tecum;

10. Pink journal entries written by Plaintiff;

11. Black journal entries written by Plaintiff;

12. Curriculum Vitae, fee schedule and prior testimony list of David Oliveri, M.D.;

13. Curriculum Vitae, fee schedule and prior testimony list of Stan Smith, Ph.D.;

14. Curriculum Vitae and fee schedule of Ryan Kissling, D.C.;

15. Curriculum Vitae and fee schedule of Michael DiGregorio, M.D.;

16. Curriculum Vitae and fee schedule of Kristine Lukens, D.C.;

17. Curriculum Vitae and fee schedule of Keith Lewis, M.D.;

18. Curriculum Vitae, fee schedule and prior testimony list of Jorg Rosler, M.D.;

19. Curriculum Vitae, fee schedule and prior testimony list of Jason Garber, M.D.;

20. Curriculum Vitae, fee schedule and prior testimony list of Nick Liu, M.D.;

21. Employment records from VegeNation;

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## X-RAYS, FILMS AND DIAGNOSTIC STUDIES

Plaintiff is aware of the following x-rays, films and diagnostic studies:

1.    Align Med MRI Center

2.    Desert Radiologists

3.    Pubelo Medical Imaging

4.    Southwest Medical Associates

## DEMONSTRATIVE EXHIBITS

Plaintiff may offer at trial certain exhibits for demonstrative purposes, including but not limited to, the following:

1.    Power point images, blowups and transparencies for exhibits.

2.    Models of various parts of the human body.

3.    Diagrams, drawings, pictures, photos, film, video, DVD and CD ROM of various parts of the human body, diagnostic and surgical procedures.

4.    Exemplars, models, or pictures of the surgical hardware/implantation devises used, or expected to be used in the care and treatment of Plaintiff.

5.    Power point images, drawings, diagrams, animations, story boards of the incident, the location of the incident.

6.    Power point images and blowups of deposition transcripts, discovery responses, and jury instructions.

7.    Maps, diagrams or models of the scene of the incident that is the subject of this litigation.

**(2)  Defendant's exhibits:**

A.    Plaintiff's Complaint.

B.    Defendant's Answer to Complaint.

C.    Redacted Traffic Accident Report, TAR-00001 - TAR-00006.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

8

| | | |
|---|---|---|
| 1 | D. | Color photographs, DEF-00001 - DEF-00020. |
| 2 | E. | Color photographs, DEF00030 - DEF00046. |
| 3 | F. | Visual Assessment Report and Salvage of Defendant's vehicle, |
| 4 | | DEF00058 - DEF00059. |
| 5 | G. | Plaintiff's Property Damage Records, DEF000323 - DEF000350. |
| 6 | H. | GEICO's records for Plaintiff's vehicle, DEF000351 - DEF000436. |
| 7 | I. | Pueblo Medical Imaging's billing records (Canyon), CMBL00001 - 02. |
| 8 | J. | Select Physical Therapy's medical and billing records, SPT00001 - 09. |
| 9 | K. | Align Med's medical and billing records, AM0001 - 159. |
| 10 | L. | Interventional Pain and Spine Institute's medical and billing records, |
| 11 | | IPAS00001 - 108. |
| 12 | M. | Surgical Arts Center's medical records, SAC00001 - 79. |
| 13 | N. | American Medical Response's medical and billing records, AMRI00001 - 17. |
| 14 | O. | Orthassist, LLC's medical and billing records, OL0001 - 04. |
| 15 | P. | Monitoring Associates' medical and billing records, MACT00001 - 11. |
| 16 | Q. | Centennial Hills Hospital's medical records, CHHM00001 - 395. |
| 17 | R. | Desert Radiologists' billing records, DRIB00001 - 03. |
| 18 | S. | Louis Mortillaro, Ph.D.'s medical and billing records, LFMP00001 - 58. |
| 19 | T. | Canyon Medical's Billing records re Jackson Physical Therapy, Bates- |
| 20 | | stamped CMBL00001 - 06. |
| 21 | U. | Southern Nevada Adult Mental Health Services' records, Bates-stamped |
| 22 | | SNAM00001 - 25. |
| 23 | V. | Desert Radiologists' medical records, Bates-stamped DRI00001 - 12. |
| 24 | W. | Spring Valley Hospital Medical Center's Billing records, Bates-stamped |
| 25 | | SVHM00001 - 15. |
| 26 | X. | Western Regional Center for Brain and Spine Surgery's medical records, |
| 27 | | Bates-stamped WRCF00001 - 117. |
| 28 | Y. | CD's of films from Align Med, Bates-stamped ALIGN-CD-00001 and |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4844-7402-6664.1                                    9

| | | |
|---|---|---|
| 1 | | ALIGN-CD-00002. |
| 2 | Z. | Shadow Emergency Physician's medical and billing records, Bates-stamped |
| 3 | | SEP00001 - 83. |
| 4 | AA. | Western Regional Center for Brain and Spine Surgery's medical and billing |
| 5 | | records, Bates-stamped WRCF00001 - 117. |
| 6 | BB. | Anesthesiology Consultants, Inc.'s affidavit of no records, Bates-stamped |
| 7 | | ACI00001. |
| 8 | CC. | Canyon Medical Billing for Centennial Hospital's medical and billing |
| 9 | | records, Bates-stamped CMBL00001 - 02. |
| 10 | DD. | Advanced Orthopedics and Sports Medicine, PC's medical and billing |
| 11 | | records, Bates-stamped AOAS00001 - 34. |
| 12 | EE. | Pueblo Medical Imaging's medical records, Bates-stamped PMIL00001 - 05. |
| 13 | FF. | One 40 Beauty Lounge's Employment Records, |
| 14 | | Bates-stamped OBL00001 - 11. |
| 15 | GG. | GEICO Claims File, Bates-stamped GEICO-00001 - 01135 and GGIC00001 |
| 16 | | - 1204; Recorded Statement of Plaintiff, Bates-stamped GEICO-AUDIO- |
| 17 | | 00001 and GEICO-AUDIO-00002. |
| 18 | HH. | Vege Nation's Employment Records, Bates-stamped V00001 - 35. |
| 19 | II. | Care Now Urgent Care's medical records, Bates-stamped CUC00001 - 26. |
| 20 | JJ. | Southern Hills Hospital Medical Center's Billing records, Bates-stamped |
| 21 | | SHHM00001 - 09. |
| 22 | KK. | Southern Hills Hospital Medical Center's medical records, Bates-stamped |
| 23 | | SHHM00001 - 175. |
| 24 | LL. | Walmart's medical and billing records, Bates-stamped WSI00001 - 06. |
| 25 | MM. | Jackson Physical Therapy and Sport Medicine's medical and billing records, |
| 26 | | Bates-stamped JPTA00001. |
| 27 | NN. | Spring Valley Hospital Medical Center's medical records, Bates-stamped |
| 28 | | SVHM00001 - 575. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1                                    10

OO.  Southern Nevada Mental Health Services' medical and billing records, Bates-stamped SNAM00026 - 29.

PP.  Wellhealth Quality Care's medical and billing records, Bates-stamped WQC00001 - 11.

QQ.  Vege Nation's Employment Records, Bates-stamped V00036.

RR.  Keith M. Lewis, M.D.'s medical records, KMLM00001.

SS.  Southern Nevada Adult Mental Health Services' medical records, Bates-stamped SNAM00026-30.

TT.  Trails Family Medical's medical records, TFM00001 - 51.

UU.  CD of films from Southern Hills Hospital, SHH-CD-00001.

VV.  GEICO Insurance Company's records, GGIC01205 - 1211.

XX.   Lake Mead Radiologists' medical records, LMR00001.

YY.  Nevada Department of Health and Human Services' records, NDOH00001 - NDOH00045.

ZZ.   Certificate no records, Healthcare Partners Nevada, HPNL00001 - 02.

AAA.  LMR Upright MRI, affidavit of no records, LUM00001 - LUM00002.

BBB.  Premier Physical Therapy and Sports Performance's medical and billing records, PPTA00001 - PPTA00120.

CCC.  Southwest Medical / OPTUM Dept. of Radiology's medical records, SMDO 00001 - SMDO 00003.

DDD.  CD of films, Southwest Medical / OPTUM Dept. of Radiology, SMDO-CD-00001.  The CD is available for inspection.

EEE.   Martin Luther King Family Health Center's medical records and billing, MLKF00001 - 154.

FFF.  Southwest Medical Associates' medical records and billing, SMA00001 - 64.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

GGG.  CD of Dr. David Oliveri's file, bates stamped DO-CD-00001.

HHH.  Premier Physical Therapy and Sports Performance,

Affidavit of no films, PPTA 00121.

**(c)      As to the following exhibits, the party against whom the same will be offered objects to their admission upon the grounds stated:**

**(1)      Objections to Plaintiff's exhibits:**

Any medical records, billings or claims for damages Plaintiff failed to disclose and produce in the FRCP Rule 26 disclosures, and/or submitted after the expiration of the discovery deadline; and any initial and rebuttal experts and their expert reports disclosed after the expert deadlines.

Defendant does not stipulate to the reasonableness, necessity, causation and/or relatedness of the medical records in the Exhibits.

**(2)      Objections to Defendant's exhibits:**

None

**(d)      Electronic Evidence:**

No party in this matter anticipates presenting electronic evidence to the jury.

**(e)      Depositions:**

1.      Plaintiff will offer the following depositions: Plaintiff does not intend to read any depositions at this time, but reserves the right to use depositions due to deponent unavailability, to refresh recollection and/or to impeach deposed witnesses.

2.      Defendant will offer the following depositions:

Plaintiff.

**VIII.      WITNESSES FOR TRIAL**

The following witnesses may be called by the parties at trial:

**(a)      Plaintiff's Witnesses**

1.      REBECCA LEMPERLE
c/o Paul D. Powell, Esq.
The Powell Law Firm
6785 W. Russell Road, Suite 210


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4844-7402-6664.1                          12

Las Vegas, Nevada 89118

REBECCA LEMPERLE is the Plaintiff in this action and is expected to testify as to her knowledge of the facts and and circumstances surrounding the incident that occurred on April 30, 2016, her injuries and treatment and other matters pertinent hereto.

    2.    VINCENT TJOTA
           c/o Josh Cole Aicklen, Esq.
           Lewis Brisbois Bisgaard & Smith, LLP
           6385  Rainbow Boulevard, Suite 600
           Las Vegas, Nevada 89118

VINCENT TJOTA is the Defendant in this action and is expected to testify regarding the facts and circumstances surrounding the incident that occurred on April 30, 2016 and other matters pertinent hereto.

    3.    The Person Most Knowledgeable
           AVIS RENT A CAR SYSTEMS, LLC
           c/o Josh Cole Aicklen, Esq.
           Lewis Brisbois Bisgaard & Smith, LLP
           6385 S. Rainbow Boulevard, Suite 600
           Las Vegas, Nevada 89118

The Person Most Knowledgeable of AVIS RENT A CAR SYSTEMS, LLC  is the Defendant and is expected to testify regarding the facts and circumstances surrounding the incident that occurred on April 30, 2016 and other matters pertinent hereto.

    4.    The Person Most Knowledgeable
           PV HOLDING CORP.
           c/o Josh Cole Aicklen, Esq.
           Lewis Brisbois Bisgaard & Smith, LLP
           6385 S. Rainbow Boulevard, Suite 600
           Las Vegas, Nevada 89118

The Person Most Knowledgeable of PV HOLDING CORP. is the Defendant and is expected to testify regarding the facts and circumstances surrounding the incident that occurred on April 30, 2016 and other matters pertinent hereto.

    5.    Janice Siau
           1005 Lower Delta
           Singapore



1
2        Janice Siau, a passenger in Defendant Vincent Tjota's vehicle, is expected to

3    testify regarding the facts and circumstances surrounding the incident that occurred on

4    April 30, 2016 and other matters pertinent hereto.

5        6.    Officer Almaguer, ID# 13467
               c/o Las Vegas Metropolitan Police Department
6               400 S. Martin Luther King Boulevard
               Las Vegas, Nevada 89106
7

8        Officer Almaguer is expected to testify regarding the facts and circumstances

9    surrounding the incident that occurred on April 30, 2016 and other matters pertinent

10   hereto.

11       7.    Joseph Camel
               6711 West Tropicana Avenue, Apartment 359
12             Las Vegas, Nevada 89103
               (702) 372-0253
13

14       Mr. Camel is Plaintiff's neighbor and is expected to testify as to his knowledge of

15   the facts and circumstances surrounding the incident that occurred on April 30, 2016, how

16   the crash has impacted Plaintiff and any other matters pertinent thereto.

17       8.    Liz Torres
               2312 North Green Valley Parkway, Apartment 212
18             Henderson, Nevada 89014
               (714) 321-4234
19

20       Ms. Torres is Plaintiff's church friend and is expected to testify as to her knowledge

21   of the facts and circumstances surrounding the incident that occurred on April 30, 2016,

22   how the crash has impacted Plaintiff and any other matters pertinent thereto.

23
         9.    Maliena Stasher
24             1393 Whithorn Court
               Riverside, California 92507
25             (951) 880-4750

26       Ms. Stasher is Plaintiff's church friend and is expected to testify as to her

27   knowledge of the facts and circumstances surrounding the incident that occurred on April

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1                                      14

1    30, 2016, how the crash has impacted Plaintiff and any other matters pertinent thereto.

2        10.    Person Most Knowledgeable
                Viva Las Vegan DBA VegeNation
3               616 East Carson Avenue, Suite 120
                Las Vegas, Nevada 89101
4
5    Person Most Knowledgeable at Viva Las Vegan is expected to testify as to his or

6    her knowledge of Plaintiff's Employment, any lost wages Plaintiff has incurred as a result

7    of the accident and any other matters pertinent hereto.

8        11.    Kristine Lukens, DC
                Marilyn Adair, DC
9               Michael DiGregorio, MD
                Todd Gardner, DC
10              Person Most Knowledgeable
                Custodian of Records
11              Align Med
                8680 W. Warm Springs Road, Suite 155
12              Las Vegas, Nevada 89148
13
         12.    Keith Lewis, MD
14              Person Most Knowledgeable
                Custodian of Records
15              Align Med MRI Center
                2208 S. Nellis Boulevard, Suite 1A
16              Las Vegas, Nevada 89104
17
         13.    Jorg Rosler, MD
18              Person Most Knowledgeable
                Custodian of Records
19              Interventional Pain and Spine Institute
                851 S. Rampart Boulevard, Suite 100
20              Las Vegas, Nevada 89145
21
         14.    Jorg Rosler, MD
22              Person Most Knowledgeable
                Custodian of Records
23              Surgical Arts Center
                9499 W. Charleston Boulevard, Suite 250
24              Las Vegas, Nevaa 89117
25
         15.    Person Most Knowledgeable
26              Custodian of Records
                Anesthesiology Consulants
27              PO Box 50209
                Henderson, Nevada 89016
28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

15

16.     Jason Garber, MD
          Person Most Knowledgeable
          Custodian of Records
          Western Regional Center for Brain and Spine Surgery
          2471 Professional Court
          Las Vegas, Nevada 89128

17.     Louis Mortillaro, Ph.D.
          Person Most Knowledgable
          Custodian of Records
          Louis Mortillaro, Ph.D., Ltd.
          501 S. Rancho Drive, Suite F-37
          Las Vegas, Nevada 89106

18.     Deirdre O'Reilly, MD
          Salah Baydoun, MD
          Daniel Baldwin, MD
          Kathleen Cornia, MD
          Person Most Knowledgeable
          Custodian of Records
          Spring Valley Hospital Medical Center
          5400 S. Rainbow Boulevard
          Las Vegas, Nevada 89118

19.     Person Most Knowledgeable
          Custodian of Records
          Shadow Emergency Physicians, PLLC
          PO Box 13917
          Philadelphia, PA 19101-3917

20.     Person Most Knowledgeable
          Custodian of Records
          Desert Radiologists
          PO Box 3057
          Indianapolis, Indiana 46206-3057

21.     Jason Garber, MD
          Ahmed Mohamed, MD
          Person Most Knowledgeable
          Custodian of Records
          Centennial Hills Hospital
          6900 N. Durango Drive
          Las Vegas, Nevada 89149

22.     Person Most Knowledgeable
          Custodian of Records
          Monitoring Associates
          PO Box 459
          Princeton, Louisiana 71067



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

23. Person Most Knowledgeable
    Custodian of Records
    Neuromonitoring Associates
    PO Box 459
    Princeton, Louisiana 71067

24. Person Most Knowledgeable
    Custodian of Records
    Orthassist, LLC
    28085 N. Ashley Circle, Suite 101
    Libertyville, Illinois 60048-9758

25. Jeremy Dapprich, AMR
    Megan Leclair, AMR
    Person Most Knowledgeable
    Custodian of Records
    American Medical Response
    File 56141
    Los Angeles, California 90074-0001

26. Steven Sogge, MD
    Eric Biesbroeck, MD
    Person Most Knowledgeable
    Custodian of Records
    Pueblo Medical Imaging
    5495 S. Rainbow Boulevard, Suite 203
    Las Vegas, Nevaa 89118

27. Person Most Knowledgeable
    Custodian of Records
    Wellhealth Quality Care
    10100 W. Charleston Boulevard, Suite 210
    Las Vegas, Nevada 89135

28. Casey Bartolo, PT
    Brandon Jackson, PT
    Michael Farren, PTA
    Danielle Riske, PTA
    Bart Taylor, DPT
    Tammi Full, PTA
    Person Most Knowledgeable
    Custodian of Records
    Jackson Physical Therapy
    4765 S. Durango Drive, Suite 106
    Las Vegas, Nevada 89147

29. Nick Liu, MD
    Megan Bichsel, PA-C
    Person Most Knowledgeable


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

17

Custodian of Records
Advanced Orthopedics & Sports Medicine
8420 W. Warm Springs Road, Suite 100
Las Vegas, Nevada 89113

30.   Person Most Knowledgeable
Custodian of Records
Select Physical Therapy
400 Technology Drive, Suite 240
Canonsburg, PA 15317

31.   Person Most Knowledgeable
Custodian of Records
Southern Nevada Adult Mental Health Services
6161 W. Charleston Boulevard
Las Vegas, Nevada 89146

32.   David Oliveri, MD
851 S. Rampart Boulevard, Suite 115
Las Vegas, Nevada 89145

33.   Stan Smith, Ph.D.
Smith Economics Group, Ltd.
1165 N. Clark Street, Suite 600
Chicago, Illinois 60610

34.   Greta Gonzalez-Rios, MD
Person Most Knowledgeable
Custodian of Records
Nevada Health Centers
Martin Luther King Health Center
1799 Mount Mariah Drive
Las Vegas, Nevada 89106

35.   Richard Penfil, MD
Person Most Knowledgeable
Custodian of Records
Southwest Medical Associates
2300 West Charleston Boulevard
Las Vegas, Nevada 89106

36.   Jared Morasco, DPT
Person Most Knowledgeable
Custodian of Records
Premier Physical Therapy & Sports Performance
5546 South Fort Apache Road, Suite 100B
Las Vegas, Nevada 89148

The above-listed witnesses (11-36) are expected to testify as to the cause, nature,



1  and extent of Plaintiff's injuries, the reasonableness and necessity of medical treatment,

2  the reasonableness of the cost of Plaintiff's treatment, the likelihood for future treatment,

3  if any, and cost of said treatment, and any permanent disability Plaintiff is likely to suffer

4  as a result of her injuries. These witnesses will also testify regarding the nature and

5  extent of Plaintiff's permanent injuries and the restrictions these permanent injuries place

6
7  on Plaintiff's daily lives.

8      Plaintiff hereby designates her treating physicians in this case as expert witnesses

9  insofar as they will provide opinion testimony regarding the cause, nature and extent of

10  Plaintiff's injuries, the reasonableness and necessity of their medical treatment, the

11  reasonableness and customary nature of the cost of Plaintiff's treatment, the likelihood

12  Plaintiff will require future treatment, the cost of any future treatment, and the permanent

13  disability Plaintiff has suffered and will suffer in the future as a result of the injuries

14
15  sustained in the subject-incident.

16      Plaintiff reserves the right to name additional witnesses should they become

17  known. Plaintiff further reserves the right to utilize any witnesses named by Defendants.

18      **(b)    Defendant's Witnesses**

19
20      1.      Rebecca Lemperle, Plaintiff
            c/o Paul D. Powell, Esq.
            THE POWELL LAW FIRM
21          6785 W. Russell Road, Suite 210
            Las Vegas, NV 89118
22          (702) 728-5500

23      Plaintiff is expected to testify regarding her knowledge of the facts and

24  circumstances surrounding the accident on April 30, 2016, the alleged injuries, the

25  medical treatment and records.

26

27

28



2.   Person Most Knowledgeable
     Budget Rent A Car System, Inc.
     Erroneously sued as
     Avis Rent A Car Systems, LLC
     c/o Josh Cole Aicklen, Esq.
     LEWIS BRISBOIS BISGAARD & SMITH LLP
     6385 S. Rainbow Boulevard, Suite 600
     Las Vegas, NV  89118
     (702) 893-3383

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident and any records.

3.   Person Most Knowledgeable
     Custodian of Records
     Budget Rent A Car System, Inc.
     Erroneously sued as
     Avis Rent A Car Systems, LLC
     c/o Josh Cole Aicklen, Esq.
     LEWIS BRISBOIS BISGAARD & SMITH LLP
     6385 S. Rainbow Boulevard, Suite 600
     Las Vegas, NV  89118
     (702) 893-3383

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident and any records.

4.   Person Most Knowledgeable
     PV Holding Corp.
     c/o Josh Cole Aicklen, Esq.
     LEWIS BRISBOIS BISGAARD & SMITH LLP
     6385 S. Rainbow Boulevard, Suite 600
     Las Vegas, NV  89118
     (702) 893-3383

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident and any records.

5.   Person Most Knowledgeable
     Custodian of Records
     PV Holding Corp.
     c/o Josh Cole Aicklen, Esq.
     LEWIS BRISBOIS BISGAARD & SMITH LLP
     6385 S. Rainbow Boulevard, Suite 600
     Las Vegas, NV  89118
     (702) 893-3383

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident and any records.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1                    20

6.     Vincent Tjota
c/o Josh Cole Aicklen, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV  89118
(702) 893-3383

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident and any records.

7.     Janice Siau
c/o Josh Cole Aicklen, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV  89118
(702) 893-3383

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident and any records.

8.     Custodian of Records/Person Most Knowledgeable
Officer Almagauer, #13467
Las Vegas Metropolitan Police Dept.  (LVMPD)
400 South Martin Luther King Blvd.
Las Vegas, NV 89106
(702) 828-3111

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, the traffic accident report and records.

9.     Custodian of Records/Person Most Knowledgeable
Deidre O'Reilly, M.D.
Michael W. Schunk, M.D.
Howard Tischler, M.D.
Oscar Rago, M.D.
Kathleen Cornia, M.D.
Spring Valley Hospital Medical Center
5400 S. Rainbow Blvd.
Las Vegas, NV 89118
(866) 823-4250

The witnesses will testify regarding their knowledge of the facts and circumstances surrounding the subject accident on 4/30/16, Plaintiff's medical records and treatment for the subject accident, and medical records and treatment after the accident on 8/24/17.

10.     Custodian of Records/Person Most Knowledgeable
        Megan LeClair, Paramedic
        Jeremy Dapprich, EMT
        American Medical Response (AMR)
        7201 W. Post Rd,
        Las Vegas, NV 89113
        (702) 384-3400

The witness will testify regarding knowledge of the facts and circumstances

surrounding the accident, Plaintiff's medical records and treatment.

11.     Custodian of Records/Person Most Knowledgeable
        Kristin Lukens, D.C.
        Marilyn Adair, D.C.
        Michael Digregorio, M.D.
        Todd Gardner, D.C.
        Ryan N. Kissling, D.C.
        Align Med
        8680 W. Warms Springs Road, Suite 155
        Las Vegas, NV 89148
        (702) 538-39100

The witness will testify regarding knowledge of the facts and circumstances

surrounding the accident, Plaintiff's medical records and treatment.

12.     Custodian of Records/Person Most Knowledgeable
        Keith M. Lewis, M.D.
        Align Med MRI Center
        2208 S. Nellis Blvd., Suite 1A
        Las Vegas, NV 89104
        (702) 431-7696

The witness will testify regarding knowledge of the facts and circumstances

surrounding the accident, Plaintiff's medical records and treatment.

13.     Custodian of Records/Person Most Knowledgeable
        Hans Jorg Rosler, M.D.
        Andrew M. Hall, M.D.
        Interventional Pain & Spine Institute
        851 South Rampart Blvd,, Suite 100
        Las Vegas, NV 89145
        (702) 357-8004

The witness will testify regarding knowledge of the facts and circumstances

surrounding the accident, Plaintiff's medical records and treatment.


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

22

14. Custodian of Records/Person Most Knowledgeable
Hans Jorg Rosler, M.D.
Surgical Arts Center
9499 W. Charleston Blvd,, Suite 250
Las Vegas, NV 89117
(702) 933-3600

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

15. Custodian of Records/Person Most Knowledgeable
Anesthesiology Consultants
P.O. Box 50209
Henderson, NV 89016
(702) 878-0070

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

16. Custodian of Records/Person Most Knowledgeable
Jason E. Garber, M.D.
Las Vegas Neurosurgical Institute Center for Brain and Spine Surgery
Western Regional Center for Brain and Spine Surgery
2471 Professional Court
Las Vegas, NV 89128
(702) 835-0088

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

17. Custodian of Records/Person Most Knowledgeable
Louis Mortillaro, Ph.D.
Kristi A. Walter, Psy.D.
Louis Mortillaro, Ph.D., Ltd.
501 South Rancho Drive, Suite F-37
Las Vegas, NV 89106
(702) 388-9403

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

18. Custodian of Records/Person Most Knowledgeable
Shadow Emergency Physicians, PLLC
P.O. Box 13917
Philadelphia, PA 19101-3917
(702) 355-2470


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

23

1    The witness will testify regarding knowledge of the facts and circumstances

2    surrounding the accident, Plaintiff's medical records and treatment.

3          19.    Custodian of Records/Person Most Knowledgeable
4                 Desert Radiologists
                  P.O. Box 3057
5                 Indianapolis, IN  46206-3057
                  (702) 759-8600

6    The witness will testify regarding knowledge of the facts and circumstances

7    surrounding the accident, Plaintiff's medical records and treatment.

8          20.    Custodian of Records/Person Most Knowledgeable
9                 Jason Garber, M.D.
                  Ahmed Mohammed, M.D.
10                Centennial Hills Hospital
                  6900 N. Durango Drive
11                Las Vegas, NV  89149
                  (702) 835-9700

12   The witness will testify regarding knowledge of the facts and circumstances
13
14   surrounding the accident, Plaintiff's medical records and treatment.

15         21.    Custodian of Records/Person Most Knowledgeable
                  Monitoring Associates, LLC
16                7455 West Charleston, #302
                  Las Vegas, NV 89128
17                (855) 864-4322

18   The witness will testify regarding knowledge of the facts and circumstances

19   surrounding the accident, Plaintiff's medical records and treatment.

20         22.    Custodian of Records/Person Most Knowledgeable
21                Neuromonitoring Associates
                  9811 W. Charleston Blvd., Suite 2-641
22                Las Vegas, NV 89117
                  (801) 808-9538

23   The witness will testify regarding knowledge of the facts and circumstances

24   surrounding the accident, Plaintiff's medical records and treatment.

25         23.    Custodian of Records/Person Most Knowledgeable
26                Orthassist, LLC
                  28085 N. Ashley Circle, Suite 101
27                Libertyville, IL  60078
                  (800) 515 9510

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1                                24

1   The witness will testify regarding knowledge of the facts and circumstances

2   surrounding the accident, Plaintiff's medical records and treatment.

3       24.   Custodian of Records/Person Most Knowledgeable
4             Megan LeClair, Paramedic
              Jeremy Dapprich, EMT
5             American Medical Response (AMR)
              7201 W. Post Road
6             Las Vegas, NV 89113
              (702) 384-3400

7   The witness will testify regarding knowledge of the facts and circumstances

8   surrounding the accident, Plaintiff's medical records and treatment.

9
10      25.   Custodian of Records/Person Most Knowledgeable
              Steven Sogge, M.D.
              Eric Biesbroeck, M.D.
11            Pueblo Medical Imaging
              5495 S. Rainbow Blvd., Suite 203
12            Las Vegas, NV  89118
              (702) 228-0031
13
    The witness will testify regarding knowledge of the facts and circumstances
14
15  surrounding the accident, Plaintiff's medical records and treatment.

16      26.   Custodian of Records/Person Most Knowledgeable
              Wellhealth Quality Care
17            10100 W. Charleston Blvd., Suite 210
              Las Vegas, NV  89135
18            (702) 304-5780

19  The witness will testify regarding knowledge of the facts and circumstances

20  surrounding the accident, Plaintiff's medical records and treatment.

21      27.   Custodian of Records/Person Most Knowledgeable
              Casey Bartolo, P.T.
22            Michael Farren, P.T.
              Bart Taylor, P.T.
23            Tammi Full, P.T.
              Jackson Physical Therapy
24            4765 S. Durango Drive, Suite 106
              Las Vegas, NV  89147
25            (702) 898-7633

26  The witness will testify regarding knowledge of the facts and circumstances

27  surrounding the accident, Plaintiff's medical records and treatment.

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1                            25

28.     Custodian of Records/Person Most Knowledgeable
         Nick Liu, M.D.
         Megan Bischel, PC-C
         Advanced Orthopedics & Sports Medicine
         8420 W. Warm Springs Road, Suite 100
         Las Vegas, NV 89113
         (702) 740-5327

The witness will testify regarding knowledge of the facts and circumstances

surrounding the accident, Plaintiff's medical records and treatment.

29.     Custodian of Records/Person Most Knowledgeable
         Javier J. Ibarra, PT
         Select Physical Therapy
         2650 N. Tenaya Way, #180
         Las Vegas, NV 89128
         (702) 240-2952

The witness will testify regarding knowledge of the facts and circumstances

surrounding the accident, Plaintiff's medical records and treatment.

30.     Custodian of Records/Person Most Knowledgeable
         Adelwisa V. Lizada, M.D.
         Roger Durfey, MHC II
         Cheryl Philpotts, PN II
         Sandra Robertson, ON II
         Kelly Gomez, PN II
         Rosanna Octaviano, APRN
         John Wrpay, PN II
         Myra Schultz,
         Southern Nevada Adult Mental Health Services
         6161 W. Charleston Blvd.
         Las Vegas, NV 89146
         (702) 486-6045

The witness will testify regarding knowledge of the facts and circumstances

surrounding the accident, Plaintiff's medical records and treatment.

31.     Custodian of Records/Person Most Knowledgeable
         Nevada Medicaid
         1100 East William Street, Suite 102
         Carson City, NV 89701
         (877) 638-3472

The witness will testify regarding knowledge of the facts and circumstances

surrounding the accident, Plaintiff's medical records and treatment.


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

26

32. Custodian of Records/Person Most Knowledgeable
Bikas Sharma, M.D.
Trails Family Medical
6787 W. Tropicana Avenue
Las Vegas, NV 89103
(702) 754-1744

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

33. Custodian of Records/Person Most Knowledgeable
Care Now Urgent Care
4075 South Durango Drive, Suite 108
Las Vegas, NV 89147
(702) 701-9509

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

34. Custodian of Records/Person Most Knowledgeable
Amanda Meyer
Donald Lemperle
Viva Las Vegan, LLC dba
Vege Nation
616 East Carson Avenue, Suite 120
Las Vegas, NV 89101
(702) 366-8515

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's employment and records.

35. Custodian of Records/Person Most Knowledgeable
Kathy Mone
One 40 Beauty Lounge
1434 E. Lake Mead Pkwy., Suite 140
Henderson, NV 89015
(702) 373-3876

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's employment and records.

36. Custodian of Records/Person Most Knowledgeable
Hugh Bassewitz, M.D.
Desert Orthopaedic Center (DOC)
2800 E. Desert Inn Road, #100
Las Vegas, NV 89121
(702) 731-4088

The defense expert witness will testify regarding knowledge of the facts and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4844-7402-6664.1

1  circumstances surrounding the accident, the FRCP Rule 35 medical examination, the

2  medical records review, Plaintiff's medical records and treatment, and expert reports.

3      37.    Custodian of Records/Person Most Knowledgeable
4             Sarah Martinez
              Eric A. Daly, Esq.
5             GEICO STAFF COUNSEL
              8345 W. Sunset Road, Suite 250
6             Las Vegas, NV 89113
              (702) 233-9303
7             (520) 546-2520

8  The witness will testify regarding knowledge of the facts and circumstances

9  surrounding the accident, GEICO's claims files, the records for the UM/UIM claim, and

10  any records for the subsequent motor vehicle accident on 08/24/2017.

11      38.    Custodian of Records/Person Most Knowledgeable
12             Michael D. Digregorio, M.D.
               Action Medical Center
13             6655 West Sahara Avenue
               Las Vegas, NV 89146
14             (702) 644-6008

15  The witness will testify regarding knowledge of the facts and circumstances

16  surrounding the accident, Plaintiff's medical records and treatment.

17      39.    Custodian of Records/Person Most Knowledgeable
18             Southern Hills Hospital
               9300 W. Sunset Road
19             Las Vegas, NV 89148
               (702) 916-9000

20  The witness will testify regarding knowledge of the facts and circumstances

21  surrounding the accident, Plaintiff's medical records and treatment.

22      40.    Custodian of Records/Person Most Knowledgeable
23             Keith M. Lewis, M.D.
               Lake Mead Radiologists
24             2559 Wigwam Parkway
               Henderson, NV 89074
25             (702) 982-3659

26  The witness will testify regarding knowledge of the facts and circumstances

27  surrounding the accident, Plaintiff's medical records and treatment.

28



41. Custodian of Records/Person Most Knowledgeable
Walmart Stores, Inc.
702 SW 8th Street,
Bentonville, AR  72716
(800) 925-6278

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

42. Kevin B. Kirkendall, MBA, CPA, CFE
Kirkendall Consulting Group, L.L.C.
1522 West Warm Springs
Henderson, Nevada 89014
(702) 313-1617

The defense expert witness will testify regarding knowledge of the facts and circumstances surrounding the accident, the records review, Plaintiff's claims for lost earnings, the Plaintiff's expert reports and his expert reports.

43. Peter L. Weidenfeld, M.D.
2953 Kedleston Street
Las Vegas, Nevada 89135
(702) 339-0581

The defense expert witness will testify regarding knowledge of the facts and circumstances surrounding the accident, the Independent Imaging Review and medical records, his expert reports and the Plaintiff's expert reports.

44. Custodian of Records/Person Most Knowledgeable
Ertha A. Nanton, MD
R. Webster, M.D.
Martin Luther King Health Center
Nevada Health Centers
1799 Mt. Mariah Drive
Las Vegas, NV 89106
(800) 787-2568

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

45.   Custodian of Records/Person Most Knowledgeable
        Greta Gonzales-Rios, M.D.
        Richard Penfil, M.D.
        Medicaid HPN
        Southwest Medical Associates
        2300 West Charleston
        Las Vegas, NV 89102
        (702) 877-8600

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

46.   Custodian of Records/Person Most Knowledgeable
        Jared Morasco, DPT
        Premier Physical Therapy & Sports Performance
        5546 S. Forth Apache, Suite 100B
        (702) 798-4778

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

47.   Custodian of Records/Person Most Knowledgeable
        Sandra L. Abdullah, LCSW
        Alison Ledworowski, LCSW
        Nevada Health Centers
        Cambridge Family Health Center
        3900 Cambridge Street, Suite 102
        Las Vegas, NV 89119
        (800) 787-2568

The witness will testify regarding knowledge of the facts and circumstances surrounding the accident, Plaintiff's medical records and treatment.

The witness will testify regarding knowledge of the facts and circumstances surrounding the subject event, Plaintiff's medical records and treatment.

Defendant reserves the right to call at trial any of the witnesses identified in Plaintiff's list of witnesses and reserve the right to call any person not named herein for rebuttal/impeachment purposes.  Defendant reserves the right to call any Custodian of Records as may be necessary to testify as to the authenticity of the medical and billing records associated with Plaintiff's care and treatment.



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1

30

1  IX.   <u>PROPOSED TRIAL DATES</u>

2      June 2, 2020; June 9, 2020; June 16, 2020.

3  X.   <u>PROPOSED TRIAL DURATION</u>

4      It is estimated that the trial will take a total of 4-5 days.

5

6  Approved as to form and content:           Respectfully submitted,

7  DATED: October 10, 2019.                   DATED: October 10, 2019.

8  THE POWELL LAW FIRM                        LEWIS BRISBOIS BISGAARD & SMITH
9                                             LLP

10

11 By: /s/ Mike Kristof                       By: /s/ Josh Cole Aicklen
       PAUL D. POWELL                             JOSH COLE AICKLEN
12     Nevada Bar No. 007488                      Nevada Bar No. 007254
       MICHAEL A. KRISTOF                         STEPHEN L. TITZER
13     Nevada Bar No. 007780                      Nevada Bar No. 008289
       8918 Spanish Ridge Avenue, #100            6385 South Rainbow Blvd., Suite 600
14     Las Vegas, NV 89148                        Las Vegas, Nevada  89118
       Attorneys for Plaintiff                    Attorneys for Defendant
15     REBECCA LEMPERLE                           VINCENT TJOTA

16

17

18

19

20

21

22

23

24

25 / / /

26 / / /

27 / / /

28



4844-7402-6664.1                              31

XI.   **ACTION BY THE COURT**

(a)   This case is set down for ~~court~~ jury trial on the          stacked calendar on
June 15, 2020 at 9:00 a.m.         . Calendar call shall be held on June 10, 2020 at 1:30 p.m

(b)   An original and two copies of each trial brief shall be submitted to the clerk
~~on or before~~ at Calendar Call                    .

(c)   Jury trials:

(1) An original and two (2) copies of all instructions requested by either
party shall be submitted to the clerk ~~for filing on or before~~ at Calendar Call        .

(2) An original and two (2) copies of all suggested questions of the parties to
asked of the jury panel by the court on *voir dire* shall be submitted to the clerk ~~for filing on
or before~~ at Calendar Call                .

(d)   Court Trials:

Not applicable.

The foregoing pretrial order has been approved by the parties to this action as
evidenced by the signatures of their counsel hereon, and the order is hereby entered and
will govern the trial of this case.  This order shall not be amended except by order of the
court pursuant to agreement of the parties or to prevent manifest injustice.

"IT IS SO ORDERED:"


DATED: October 16, 2019                .


XXXXX C. Mahan
UNITED STATES DISTRICT JUDGE


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-7402-6664.1                                    32

Lemperle v. Tjota, Case No. 2:18-cv-00202-JCM-CWH

# EXHIBIT B

**Letter from Defendant Vincent Tjota to Defense Counsel Requesting Trial Continuance, dated January 8, 2020, Bates Stamped DEF000437**

# EXHIBIT B



Case No.: 2:18-cv-00202-JCM-DJA

<u>Lemperle v. Tjota</u>

My name is Vincent Tjota, I am a resident of Singapore and a named defendant in the subject litigation. I request for the trial to be continued in December 2020, as I need to take 2 weeks leave off from work to attend the trial in the United States, including the time required to travel to the United States from Singapore.

Respectfully,

Vincent Tjota



United Overseas Bank Limited Co Reg No. 193500026Z

DEF000437