UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REBECCA LEMPERLE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AVIS RENT-A-CAR SYSTEMS, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-00202-JCM-DJA<br><br>ORDER |

Presently before the court is defendant Vincent Tjota's motion to continue calendar call and trial. (ECF No. 116). This is defendant's second request.

Defendant moves to continue trial in light of the continued difficulties caused by the COVID-19 pandemic. Defendant resides in Singapore and must travel to the United States for trial. (*Id.*). Defendant also indicates that his wife, a witness in this case, is pregnant and cannot travel without approval from her doctor. (*Id.*).

The court finds that defendant and his counsel have shown good cause for a continuance. Considering LR IA 6-1 and Federal Rule of Civil Procedure 43, this court grants defendant's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to continue (ECF No. 116) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that calendar call currently scheduled for December 9, 2020, be, and the same hereby is, RESCHEDULED to June 16, 2021, at 1:30 PM in courtroom 6A.

IT IS FURTHER ORDERED that the trial currently scheduled for December 14, 2020, be, and the same hereby is, RESCHEDULED to June 21, 2021, at 9:00 AM in courtroom 6A.

DATED THIS 7th day of October 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE