UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REBECCA LEMPERLE, | Case No. 2:18-CV-202 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| AVIS RENT-A-CAR SYSTEMS, et al., | |
| Defendant(s). | |

Presently before the court is defendant Vincent Tjota's motion to continue calendar call and trial.  (ECF No. 124).  This is defendant's third request.

Defendant moves to continue trial in light of the continued difficulties caused by the COVID-19 pandemic.  (*Id.*).  The court finds that defendant and his counsel have shown good cause for a continuance.  Considering LR IA 6-1 and Federal Rule of Civil Procedure 43, this court grants defendant's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to continue (ECF No. 124) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that calendar call be, and the same hereby is, RESCHEDULED to February 23, 2022, at 1:30 PM in courtroom 6A.

IT IS FURTHER ORDERED that the trial be, and the same hereby is, RESCHEDULED to February 28, 2022, at 9:00 AM in courtroom 6A.

DATED April 9, 2021.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge