UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REBECCA LEMPERLE, | Case No. 2:18-CV-202 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| AVIS RENT-A-CAR SYSTEMS, et al., | |
| Defendant(s). | |

Presently before the court is defendant Vincent Tjota's motion to continue calendar call and trial to "late summer of 2022." (ECF No. 131).

Plaintiff moves to continue because a "crucial witness" in plaintiff's case is unavailable to testify during the current trial stack and because counsel has conflicting trials set during the current trial stack. (*Id.*). Defendant Vincent Tjota consents to continuing trial until August of 2022 or later. (ECF No. 133).

The court finds that defendant and his counsel have shown good cause for a continuance.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to continue (ECF No. 131) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that calendar call be, and the same hereby is, RESCHEDULED to August 3, 2022, at 1:30 PM in courtroom 6A.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that the trial be, and the same hereby is, RESCHEDULED
2   to August 8, 2022, at 9:00 AM in courtroom 6B.
3   DATED February 8, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -