JOSH COLE AICKLEN
Nevada Bar No. 007254
josh.aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
stephen.titzer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL.: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
VINCENT TJOTA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA LEMPERLE, individually, | CASE NO.: 2:18-cv-00202-JCM-VCF |
| Plaintiff, | |
| vs. | |
| VINCENT TJOTA, individually; AVIS RENT A CAR SYSTEMS, LLC, a foreign limited liability company; PV HOLDING CORP., a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO CONTINUE TRIAL
### (FIFTH REQUESTED EXTENSION)

The parties, by and through their counsel, submit this Stipulation to extend the trial date currently set for August 8, 2022. The parties request a trial continuance until sometime in March 2023 or April 2023. Plaintiff's counsel represents they have 7-8 trials set for August, 2022. Defendant and his wife reside in Singapore and they do not object to the trial continuance provided that the trial can be reset to **March or April 2023**. Defendant and his wife are expecting a child and they cannot travel until that time. The parties demonstrated good cause to comply with LR IA 6-1 and the Court's Minute Order ECF No. 136, and filed the Stipulation in advance of the Master Trial Calendar Scheduling Conference.

4883-8860-5479.1

## ORDER TO CONTINUE TRIAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the jury trial currently set on August 8, 2022 is hereby VACATED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the jury trial shall be reset to begin on March 27, 2023, at 9:00 a.m.  Calendar Call shall be reset to March 22, 2023, at 1:30 p.m.

"IT IS SO ORDERED:

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE
DATED: July 8, 2022

Approved as to form and content:

Respectfully submitted,

DATED:  7/7/22

DATED:  7/7/22

THE POWELL LAW FIRM

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Tom Stewart
PAUL D. POWELL
Nevada Bar No. 007488
THOMAS W. STEWART
Nevada Bar No. 014280
8918 Spanish Ridge Avenue, #100
Las Vegas, NV 89148
Attorneys for Plaintiff
REBECCA LEMPERLE

By: /s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
VINCENT TJOTA

# Kurilla, Peggy

| | |
|---|---|
| **From:** | Tom Stewart <TStewart@tplf.com> |
| **Sent:** | Thursday, July 7, 2022 8:14 AM |
| **To:** | Titzer, Stephen |
| **Cc:** | Michelle Temoche; Aicklen, Josh Cole; Kurilla, Peggy |
| **Subject:** | [EXT] Re: Lemperle v. Tjota [ SAO Continue Trial - Fifth Request ]   2:18-cv-00202-JCM-VCF // 50023-245 |
| **Attachments:** | Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png; sao continue trial - fifth request.pdf |

You can affix my e signature. Thank you

Tom W. Stewart
(702) 326-1770
Sent from my iPhone

> On Jul 7, 2022, at 7:42 AM, Titzer, Stephen <Stephen.Titzer@lewisbrisbois.com> wrote:
>
> Counsel,
>
> We attached the SAO to continue trial - can you sign and return to my office before tomorrow.
>
> Regards,
>
> Steve
>
>
> **Stephen L. Titzer**
> Partner
> Stephen.Titzer@lewisbrisbois.com
>
> T: 702.693.4334   F: 702.893.3789
>
> 6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**
>
> **Representing clients from coast to coast. View our locations nationwide.**
>
> This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

1