Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | tom@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA LEMPERLE, individually, <br><br> Plaintiff, <br> vs. <br> VINCENT TJOTA, individually; AVIS RENT A CAR SYSTEMS, LLC, a foreign limited liability company; PV HOLDING CORP., a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:18-cv-00202-JCM-VCF <br><br> **STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO COMPEL, ECF NO. 139** |

The parties stipulate to extend the briefing deadlines regarding defendants' pending motion to compel, ECF No. 139, with the new deadlines as follows:

Plaintiff's response to defendants' motion:   September 30, 2022

Defendants' reply in support of the motion:   October 7, 2022.

Dated September 23, 2022.                Dated September 23, 2022.

**THE POWELL LAW FIRM**               **LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/Paul D. Powell                          /s/ Stephen L. Titzer
Paul D. Powell (7488)                    Josh Cole Aicklen (7254)
Tom W. Stewart (14280)                Stephen L. Titzer (8289)
Attorneys for plaintiff                     Attorneys for defendants

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
            9-23-2022
DATED _____

1