JOSH COLE AICKLEN
Nevada Bar No. 007254
josh.aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
stephen.titzer@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL.: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
VINCENT TJOTA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA LEMPERLE, individually, <br><br> Plaintiff, <br><br> vs. <br><br> VINCENT TJOTA, individually; DOES I-X, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-00202-JCM-VCF |

### STIPULATION AND ORDER FOR GOOD FAITH SETTLEMENT AND CONTINUE TRIAL SETTING PENDING SETTLEMENT DOCUMENTS

Pursuant to the Status Conference on September 18, 2023, before Judge James C. Mahan, and the Court's Minutes (ECM No. 156), the parties have entered into a good faith settlement for all claims in their entirety. See, NRS 17.245. The Plaintiff's attorneys have represented they are waiting to resolve any statutory liens from United Healthcare Community Plan of Nevada; Nevada Medicaid; Health Plan of Nevada (HPN); and/or Centers for Medicare & Medicaid Services (CMS). Defendant requested a letter from all statutory lien holders for their settlement of the liens, with payment instructions from those lien holders and separate settlement checks for their portion of the settlement proceeds.

129735604.1

1  Pursuant to the Court's request, the attorneys submit the Stipulation to vacate the
2  current trial date and continue the trial setting until March, 2024; and therefore
3  Pursuant to the Court's Minutes (ECM No. 156), the parties will submit a Joint Status
4  Report by Friday, November 17, 2023.

Respectfully Submitted,

DATED: _____September 25, 2023_____.

THE POWELL LAW FIRM

By    /s/ Tom W. Stewart
      PAUL D. POWELL
      Nevada Bar No. 007488
      THOMAS W. STEWART
      Nevada Bar No. 014280
      8918 Spanish Ridge Avenue, Suite 100
      Las Vegas, NV 89148
      Attorneys for Plaintiff
      REBECCA LEMPERLE

DATED: _____September 25, 2023_____.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    /s/ Josh Cole Aicklen
      JOSH COLE AICKLEN
      Nevada Bar No. 007254
      STEPHEN L. TITZER
      Nevada Bar No. 008289
      6385 S. Rainbow Boulevard, Suite 600
      Las Vegas, Nevada 89118
      Attorneys for Defendant
      VINCENT TJOTA

129735604.1                                    2

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties have entered into a good faith settlement pursuant to NRS 17.245; and therefore

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the jury trial on October 16, 2023 has been VACATED and continued until after March 2024; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED the parties shall submit a Joint Status Report on settlement documents by Friday, November 17, 2023.

IT IS FURTHER ORDERED that the trial currently set for October 16, 2023, is hereby continued to March 25, 2024 at 9:00 a.m.; and the calendar call currently set for October 11, 2023, is hereby continued to March 20, 2024 at 1:30 p.m.

DATED: September 25, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
VINCENT TJOTA