```
 1  JOSH COLE AICKLEN
    Nevada Bar No. 007254
 2  josh.aicklen@lewisbrisbois.com
    STEPHEN L. TITZER
 3  Nevada Bar No. 008289
    stephen.titzer@lewisbrisbois.com
 4  LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
 5  Las Vegas, Nevada 89118
    TEL.: 702.893.3383
 6  FAX: 702.893.3789
    Attorneys for Defendant
 7  VINCENT TJOTA
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| REBECCA LEMPERLE, individually, | CASE NO.: 2:18-cv-00202-JCM-VCF |
|---|---|
| Plaintiff, | |
| vs. | |
| VINCENT TJOTA, individually; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that Plaintiff REBECCA LEMPERLE'S Complaint shall be dismissed with prejudice as to Defendant VINCENT TJOTA, with each party to bear its own costs and attorney's fees; and

///

///

///

125116742.1

IT IS FURTHER STIPULATED AND AGREED that the jury trial currently scheduled on October 16, 2023 and all hearings shall be vacated.

Dated: 11/6/23.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Stephen Titzer/*

JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Attorneys for Defendant
VINCENT TJOTA

Dated: 9-25-23.

THE POWELL LAW FIRM

*/s/*

PAUL D. POWELL
Nevada Bar No. 007488
TOM W. STEWART
Nevada Bar No. 014280
JARED D. POWELL
Nevada Bar No. 015086
8918 Spanish Ridge Avenue, Ste. 100
Las Vegas, NV 89148
Attorneys for Plaintiff
REBECCA LEMPERLE

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE as to Defendant VINCENT TJOTA, with each party to bear their own attorneys' fees and costs; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the jury trial on October 16, 2023 and all hearings are VACATED.

DATED November 7, 2023.

"It is so ordered."

*[signature]*
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
VINCENT TJOTA